UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MONICA L. BALL,

Plaintiff,

V.   Case No. 3:13-cv-168

TAKEDA PHARMACEUTICALS
AMERICA, INC., et al.,

Defendants.

**PLAINTIFFS' MOTION FOR RELIEF UNDER F.R.C.P. 60(b) FROM COURT'S ORDER GRANTING DEFENDANTS' MOTION TO COMPEL AND ATTORNEY FEES**

Plaintiffs respectfully request that the Court grant them relief under F.R.C.P. 60(b). As explained in the accompanying Memorandum of Law and Declaration of Jerrod M. Smith, Plaintiff's counsel filed a memorandum in opposition to Defendants' motion to compel, and the Court granted the Defendants' motion to compel, and Plaintiff now makes this motion for relief under F.R.C.P. 60(b). Such a mistake or miscommunication with the court suffices as a basis to set aside the order granting Defendants motion to compel under F.R.C.P. 60(b).

July 27, 2013

Respectfully submitted,

By: /s/_____
Jerrod M. Smith, Va. Bar No. 66279
JERROD MYRON SMITH & ASSOCIATES
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
(804) 426-5645 (telephone)
(804) 441-6001 (facsimile)
Email: jerrodmyronsmith@msn.com
*Counsel for Plaintiff Monica Ball*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2013, a copy of the foregoing was sent by electronic mail to:

Damon W.D. Wright, Va. Bar No. 40319
Stephen H. Swart, Va. Bar No. 79125
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, Virginia 22182
202-344-4937 (telephone) 202-344-8300 (facsimile)
dwdwright@venable.com
shswart@venable.com

Counsel for Defendants Takeda Pharmaceuticals America, Inc. and Takeda Pharmaceutical Company, Ltd.


/s/Jerrod M. Smith (VSB #66279)
JERROD MYRON SMITH & ASSOCIATES
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
(804) 426-5645 (telephone)
(804) 441-6001 (facsimile)
Email: jerrodmyronsmith@msn.com
Counsel for Plaintiff